# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America )<br>v. )<br>) <br>Jorge Luiz Nieto )<br>    Defendant. ) | Case No. 1:18-CR-00248-LJO |

### ORDER ON RELEASE

IT IS ORDERED that defendant Jorge Luiz Nieto be released from the custody of the United States Marshall's Service to the custody of an authorized representative of the Fresno Salvation Army substance abuse treatment program.

The defendant is notified that he is to appear in court on November 5, 2019 at 2:00 p.m. before the Honorable Sheila K. Oberto.

Dated: 7-9-19
wk

Hon. Sheila K. Oberto
United States Magistrate Judge